```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY
```

MAKETA S. JOLLY,

    Plaintiff,

                            Civil No. 19-13889 (NLH/KMW)

v.

                          **MEMORANDUM OPINION & ORDER**

NEW JERSEY BOARD OF NURSING
and MRS. JOANNE LEONE,

    Defendants.

**APPEARANCES:**

MAKETA S. JOLLY
42 KINGSTON TERRACE
ASTON, PA 19014

    Appearing *pro se*

**HILLMAN, District Judge**

    WHEREAS Plaintiff Maketa S. Jolly filed a "Motion for Temporary and Permanent Injunction until Collusion Matters are Heard before the Court(s)" and various exhibits on June 17, 2019; and

    WHEREAS Plaintiff also filed a Motion to Appoint Pro Bono Counsel on June 17, 2019 (Docket No. 2); but

    WHEREAS the Court issued an Order on July 1, 2019, denying, without prejudice, both of these motions (Docket No. 3); and

    WHEREAS the Court also noted in the July 1 Order that Plaintiff had not filed a complaint and neither filed an

application to proceed in forma pauperis (an "IFP Application") nor paid the appropriate filing fee; and

WHEREAS the Court ordered Plaintiff to submit a complaint and either an IFP Application or the appropriate filing fee within thirty days of the July 1 Order; and

WHEREAS on July 25, 2019, Plaintiff filed an IFP Application and what appears to be a three-page document entitled "MEMORANDUM" which this Court will construe as her complaint (Docket No. 4); but

WHEREAS Plaintiff's IFP Application was (1) unsigned and (2) contained numerous blanks; and

WHEREAS as previously noted by the Court, the IFP Application requires a plaintiff to "[c]omplete all questions in this application," "[d]o not leave any blanks," and "if the answer to a question is '0,' 'none,' or 'not applicable (N/A),' write that response"; and

WHEREAS as previously noted by the Court, Plaintiff must swear under penalty of perjury that the information contained in the IFP Application is true; and

WHEREAS pursuant to Local Civil Rule 54.3, the Clerk shall not be required to enter any suit, file any paper, issue any process, or render any other service for which a fee is prescribed, unless the fee is paid in advance or a pro se plaintiff is granted permission to proceed in forma pauperis;

and

WHEREAS on August 2, 2019, the Court issued an Order denying, without prejudice, Plaintiff's application to proceed in forma pauperis and ordered Plaintiff to "file either a completed and signed IFP Application or the filing fee with this Court within thirty (30) days" (Docket No. 6); and

WHEREAS on August 2, 2019, the Court further ordered that "if Plaintiff fails to comply with this Order within the time specified, this Court will dismiss Plaintiff's action, without prejudice;" and

WHEREAS Plaintiff has neither filed a completed and signed IFP Application nor submitted the appropriate filing fee to the Court, as required by the Court's August 2 Order;

THEREFORE

IT IS on this __13th__ day of _____September_____, 2019

**ORDERED** that Plaintiff's action be, and the same hereby is, DISMISSED, without prejudice.

At Camden, New Jersey        _s/ Noel L. Hillman_
                                         NOEL L. HILLMAN, U.S.D.J.